IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| Plaintiff, | } } } | |
| v. | } | No. 08-10128-01-WEB |
| JASON A. LOEWEN, | } } } | |
| Defendant. | } | |

## AMENDED PLEA AGREEMENT

The United States of America, by and through Assistant United States Attorney, Matt Treaster, and Jason A. Loewen, the defendant, personally and by and through defendant's counsel, Casey J. Cotton, hereby amend the original plea agreement (Doc. 20) entered in this matter.

WHEREAS, the original plea agreement in this matter was completed pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, and proposed a sentence of 188 months in prison; and,

WHEREAS, a presentence investigation report was issued in this matter by the United States Probation Officer for the District of Kansas, and provided a guideline range for imprisonment of 140 to 175 months.

THEREFORE, the parties to this agreement amend the original plea agreement to an agreed upon sentence of 140 months imprisonment with all other terms and conditions of the original plea agreement to remain the same.

*(signature)*                                    Date: 4/8/09

Matt Treaster
Assistant U.S. Attorney
301 N. Main, Suite 1200
Wichita, KS 67202
(316) 269-6481
Ks.S.Ct. #17473

*(signature)*                                    Date: 4/8/09

Lanny Welch
Criminal Chief/Supervisor

*(signature)*                                    Date: 4-8-09

Jason A. Loewen
Defendant

*(signature)*                                    Date: 4-8-09

Casey J. Cotton
Attorney for Defendant Loewen
301 W. Central Ave.
Wichita, KS 67202
(316) 265-5115
Ks.S.Ct.#15779

2